Brianne C. McClafferty
Bailey M. Nickoloff
Holland & Hart LLP
401 North 31st Street, Suite 1500
P. O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669
*bcmcclafferty@hollandhart.com*
*bmnickoloff@hollandhart.com*

Kevin P.B. Johnson (*pro hac vice forthcoming*)
Anna Martinez (*pro hac vice forthcoming*)
Quinn Emanuel Urquhart & Sullivan LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
Tel: (650) 801 5000
Fax: (650) 801 5100
*kevinjohnson@quinnemanuel.com*
*annamartinez@quinnemanuel.com*

Stephen A. Broome (*pro hac vice*)
Viola Trebicka *(pro hac vice forthcoming)*
Lauren Lindsay (*pro hac vice forthcoming)*
Delaney Gold-Diamond (*pro hac vice*)
Rex Alley (*pro hac vice forthcoming*)
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
*stephenbroome@quinnemanuel.com*
*violatrebicka@quinnemanuel.com*
*laurenlindsay@quinnemanuel.com*
*delaneygolddiamond@quinnemanuel.com*
*rexalley@quinnemanuel.com*

*Attorneys for Defendant Snowflake Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| IN RE: SNOWFLAKE INC., DATA SECURITY BREACH LITIGATION | No. 2:24-md-03126-BMM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

2

Please take notice that Bailey M. Nickoloff hereby withdraws as counsel of record for Snowflake Inc.  Bailey Nickoloff requests to be removed from all certificates of service and mailing lists.  Withdrawal is permitted without a court order because Snowflake Inc. will continue to be represented by other Holland & Hart LLP counsel Brianne C. McClafferty and *pro hac vice* counsel Stephen A. Broome and Delaney Gold-Diamond of Quinn Emanuel Urquhart & Sullivan LLP.

Dated:  October 25, 2024.

/s/ *Bailey M. Nickoloff*
Bailey M. Nickoloff
Holland & Hart LLP

ATTORNEY FOR THE DEFENDANT
SNOWFLAKE INC.

33259505_v1